FILED
1/24/2022
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | GLOBAL ORDER DISMISSING CITATIONS AND QUASHING WARRANTS |
|---|---|
| Plaintiff, | |
| vs. | VIOLATION NOS. AND LOCATION CODES: |
| JAMES J. HENRY, | PO-17-5028-GF-JTJ<br>6457227 – M29 |
| ANATOLIY A. KHODYREV, | PO-17-5038-GF-JTJ |
| THOMAS D. BALL, | PO-17-5039-GF-JTJ<br>6563439, 6563440 – M13 |
| MONICA A. THOMPSON, | PO-17-5043-GF-JTJ<br>6457287 – M29 |
| MARCUS B. CHENEY, | PO-17-5057-GF-JTJ |
| PETER M. CROWFOOT, | PO-17-5059-GF-JTJ<br>6028111 – M13 |
| DANIEL J. DONAHUE, | PO-17-5064-GF-JTJ<br>6827587 – M13 |
| KRISTINE U. EBONA, | PO-17-5066-GF-JTJ<br>6027516 – M13 |
| ETHAN B. GERVAIS, | PO-17-5069-GF-JTJ<br>6028155 – M13 |
| SEO ILWOONG, | PO-17-5075-GF-JTJ<br>6027591 – M13 |
| RANDY J. KRIEG, | PO-17-5082-GF-JTJ<br>6027552 – M13 |

| | |
|---|---|
| **JODY N. PAULIN,** | PO-17-5088-GF-JTJ |
| **HUNTER G. SHANNON,** | PO-17-5093-GF-JTJ |
| | 6563965 – M13 |
| **TERRANCE C. SPAIN,** | PO-17-5094-GF-JTJ |
| | 6562966 – M13 |
| **ANDREA L. BANCROFT,** | PO-17-5103-GF-JTJ |
| | 6563562 – M13 |
| **ANDREW L. DAVIS,** | PO-17-5106-GF-JTJ |
| | 6027514 – M13 |
| **MICHAEL T. DENNY,** | PO-17-5107-GF-JTJ |
| | 6027515 – M13 |
| **KEVIN M. GUARDIPEE,** | PO-17-5110-GF-JTJ |
| **KAYLYNN D. KNULL,** | PO-17-5111-GF-JTJ |
| | 6563437 – M13 |
| **Defendants.** | |

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim. P. 48(a), and the warrants are **QUASHED**.

DATED this 24th day of January, 2022.

_____
John Johnston
United States Magistrate Judge

2